UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FLORENCE DIANE ST. JOHN, Individually and as Administrator ad prosequendum of HAROLD ST. JOHN,**<br><br>**Plaintiff,**<br><br>v.<br><br>**AFFINIA GROUP, INC.,** *et al.***,**<br><br>**Defendants.** | 09-CV-2501 (WJM)<br><br><br>ORDER |

This matter having come before the Court on Defendant Maremont Corporation's Motion for Stay Pending Appeal; this Court having considered the papers submitted on behalf of Defendant and having heard oral arguments by all parties; and good cause appearing,

**IT IS** on the 1st of June 2009, hereby

**ORDERED** that Defendant's Motion is GRANTED and the state court proceedings in the Superior Court of New Jersey, Middlesex County, be stayed.

**IT IS FURTHER ORDERED** that a copy of this Order be served on all counsel of record within seven days.

/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**